## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE MINISTRY OF OIL AND )
MINERALS OF THE REPUBLIC )
OF YEMEN, ON ITS OWN )
BEHALF AND/OR FOR AND ON )
BEHALF OF THE REPUBLIC OF )   No. 23-mc-59-CFC
YEMEN, )
  )
  Petitioner, )
  )
v. )
  )
OCCIDENTAL PENINSULA, )
LLC, )
  )
  Respondent. )

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court that the time for Respondent Occidental Peninsula, LLC to answer, move or otherwise respond to Petitioner's Petition is extended through and including July 26, 2023.

/s/ Seth Niederman
Seth Niederman (#4588)
Fox Rothschild LLP
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
(302) 622-4238
SNiederman@foxrothschild.com

*Attorney for Petitioner*

Dated:  June 29, 2023

/s/ Sara M. Metzler
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Respondent*

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
CHIEF UNITED STATES DISTRICT
JUDGE

RLF1 28943820v.1